IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CYNTHIA WEISENBERGER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERITAS MUTUAL HOLDING COMPANY,<br><br>Defendant. | Case No. 4:21-cv-3156 (JMG-SMB) |

## PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiff Cynthia Weisenberger, by and through her undersigned counsel of record, hereby respectfully moves for an order granting final approval to the proposed Settlement, granting final certification of the Class, and dismissing the Action pending before this Court. Defendant Ameritas does not oppose the relief sought by this motion.

Plaintiff supports this motion with a memorandum and exhibits, and a proposed Order Granting Final Approval to the Class Action Settlement is filed contemporaneously herewith.

Dated: July 22, 2024                          Respectfully submitted,


                                              */s/ Jason S. Rathod*
                                              Jason S. Rathod*
                                              jrathod@classlawdc.com
                                              Nicholas A. Migliaccio*

1

nmigliaccio@classlawdc.com
Saran Q. Edwards
sedwards@classlawdc.com
MIGLIACCIO & RATHOD LLP
412 H Street NE
Washington, DC 20002
Tel: (202) 470-3520
Fax: (202) 800-2730

*Permanently Admitted to Practice in D. Neb.

Vincent M. Powers Bar No. 15866
**POWERS LAW**
411 South 13th Street, Suite 300
Lincoln, NE 68508
Tel: (402) 474-8000
powerslaw@me.com

*Counsel for Plaintiffs and the Proposed Class*