IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CYNTHIA WEISENBERGER, individually and on behalf of others similarly situated,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>AMERITAS MUTUAL HOLDING COMPANY,<br><br>　　　　　Defendant. | 4:21-CV-3156<br><br>JUDGMENT |

　　Pursuant to the accompanying memorandum and order entered this date, this case is dismissed with prejudice.

　　Dated this 21st day of August, 2024.

BY THE COURT:

_____
John M. Gerrard
Senior United States District Judge